UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **ROBERT ALLEGRA**,<br><br>  Petitioner,<br><br>  vs.<br><br>**JOHN R. HEMINGWAY**,<br><br>  Respondent. | 2:21-CV-11143-TGB-APP |

# JUDGMENT

This matter came before the Court on an application for the writ of habeas corpus under 28 U.S.C. § 2241.  In accordance with the Opinion and Order issued on this date, the petition is **DENIED**.

Dated at Detroit, Michigan:  December 22, 2021

                              KINIKIA ESSIX
                              CLERK OF THE COURT

                              s/A. Chubb
                              Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE